WEAR FINE CLOAK Co., INC., Respondent, v. LOTHAIR H. SZERLIP, Individually and as Executor, etc., of EDWARD SAMUELS, Deceased, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ARTHUR J. RIESER, Appellant, v. IRVING D. SPEYER and Others, Respondents.— Order so far as appealed from modified by allowing items 2, 4, 5 and 6, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Finch, P. J.; Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of ISAAC T. FLATTO, Respondent, against CHARLES W. BERRY, as Comptroller of the City of New York, and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SPEAR SECURITIES CORPORATION, Respondent, v. 791 PARK AVENUE CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HERMAN SHUMLIN, Respondent, v. JOHN KRIMSKY and GIFFORD COCHRAN, Appellants.— Order modified by eliminating items 2, 3, 4, 11, 12 and 15, and by denying motion for discovery and inspection, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ANNA AST and JULIUS AST, Respondents, v. BURNS BROTHERS, Appellant.— Judgment reversed, with costs to the appellant, upon the ground that the direction of a verdict was against the weight of the evidence, and judgment directed in favor of defendant, with costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

EDWARD H. TITUS, Respondent, v. LOU C. WALLICK, Appellant.— Order appealed from modified by providing that the issues as laid down by the judgment filed herein on March 16, 1932, and the order of reference, dated May 11, 1932, be referred to another referee, and as so modified affirmed, with costs to the respondent. No opinion. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of EDGAR J. LAUER, Respondent, to Direct THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Appellant, to Accept for Filing Certain Certificates of Nomination of Candidates for the Office of Justices of the Supreme Court, First Judicial District, and the Minutes of the Convention.*— Order affirmed. No opinion. Present — Martin, Merrell, O'Malley and Untermyer, JJ.

---

*Affd., 262 N. Y. 416.